IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 02508 BnB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 10 2008

GREGORY C. LANGHAM
CLERK

THOMAS GEORGE AYOTTE,

    Plaintiff,

v.

JACKIE MCPEEK, (Individual and Official Capacity), Acting Medical Head Nurse and Manager,
R. MARTINEZ, (Individual and Official Capacity), Acting Physician's Assistant,
MR. LARRY HOFFMAN, (Individual and Official Capacity), Acting Case Manager,
JOHN DOE #1, (Individual and Official Capacity), Acting Captain,
MR. AL ESTOP, (Individual and Official Capacity), Acting Warden,
JANE DOE #1, (Individual and Official Capacity), Acting Medicine Dispensing Nurse,
MR. JOHN GAHN, (Individual and Official Capacity), Acting Case Manager,
MR. MICKENS, (Individual and Official Capacity), Acting Vocational Teacher,
MR. SHEPHERD, (Individual and Official Capacity), Acting Cellhouse #7 Sergeant,
MS. CURRY, (Individual and Official Capacity), Acting Cellhouse #7 Corrections Officer,
MR. SHAMES, (Individual and Official Capacity), Acting Doctor/Provider,
MS. J. CROUNK, (Individual and Official Capacity), Acting Registered Nurse,
MS. J. ZADROGA, (Individual and Official Capacity), Acting Registered Nurse,
MS. ANNA COOPER, (Individual and Official Capacity), Acting Grievance Officer,
R. WENCL, (Individual and Official Capacity), Acting Physician's Assistant,
S. ROCCHIO, (Individual and Official Capacity), Acting Physician's Assistant,
MS. KATHLEEN BAXTER, (Individual and Official Capacity), Acting Legal Assistant,
MR. BRANDT, (Individual and Official Capacity), Acting Chief Medical Officer,
MS. VIRGINIA SMITH, (Individual and Official Capacity), Acting Programs and ACA Compliance Officer,
MS. CATHIE HOLST, (Individual and Official Capacity), Acting Legal Assistant,
MS. YVETTE POPE, (Individual and Official Capacity), Acting Medical Supervisor,
JOHN DOE #2, (Individual and Official Capacity), Acting Hallway Corrections Officer,
JOHN DOE #3, (Individual and Official Capacity), Acting Cellhouse #7 Midshift Corrections Officer,
JANE DOE #2, (Individual and Official Capacity), Acting Cellhouse #7 Midshift Corrections Officer,
JANE DOE #3, (Individual and Official Capacity), Acting Nurse,
MS. ROBIN BOLTON, (Individual and Official Capacity), Acting S.O.T.M.P. Therapist,

MR. ANTHONY A. DECESARO, (Individual and Official Capacity), Acting Step 3 Grievance Officer, and

MS. MARYANN ALDRICH, (Individual and Official Capacity), Acting Administrative Services Manager,

        Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official and does not cover the entire 6-month period</u>.)
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other:_____.

2

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 18th day of November, 2008.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.

Thomas George Ayotte
Prisoner No. 126891
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on \_\_\_11/14/08\_\_\_

                           GREGORY C. LANGHAM, CLERK

                           By: _____
                                  Deputy Clerk