IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02508-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 12 2008

GREGORY C. LANGHAM
CLERK

THOMAS GEORGE AYOTTE,

    Plaintiff,

v.

JACKIE MCPEEK, (Individual and Official Capacity), Acting Medical Head Nurse and Manager,
R. MARTINEZ, (Individual and Official Capacity), Acting Physician's Assistant,
MR. LARRY HOFFMAN, (Individual and Official Capacity), Acting Case Manager,
JOHN DOE #1, (Individual and Official Capacity), Acting Captain,
MR. AL ESTOP, (Individual and Official Capacity), Acting Warden,
JANE DOE #1, (Individual and Official Capacity), Acting Medicine Dispensing Nurse,
MR. JOHN GAHN, (Individual and Official Capacity), Acting Case Manager,
MR. MICKENS, (Individual and Official Capacity), Acting Vocational Teacher,
MR. SHEPHERD, (Individual and Official Capacity), Acting Cellhouse #7 Sergeant,
MS. CURRY, (Individual and Official Capacity), Acting Cellhouse #7 Corrections Officer,
MR. SHAMES, (Individual and Official Capacity), Acting Doctor/Provider,
MS. J. CROUNK, (Individual and Official Capacity), Acting Registered Nurse,
MS. J. ZADROGA, (Individual and Official Capacity), Acting Registered Nurse,
MS. ANNA COOPER, (Individual and Official Capacity), Acting Grievance Officer,
R. WENCL, (Individual and Official Capacity), Acting Physician's Assistant,
S. ROCCHIO, (Individual and Official Capacity), Acting Physician's Assistant,
MS. KATHLEEN BAXTER, (Individual and Official Capacity), Acting Legal Assistant,
MR. BRANDT, (Individual and Official Capacity), Acting Chief Medical Officer,
MS. VIRGINIA SMITH, (Individual and Official Capacity), Acting Programs and ACA Compliance Officer,
MS. CATHIE HOLST, (Individual and Official Capacity), Acting Legal Assistant,
MS. YVETTE POPE, (Individual and Official Capacity), Acting Medical Supervisor,
JOHN DOE #2, (Individual and Official Capacity), Acting Hallway Corrections Officer,
JOHN DOE #3, (Individual and Official Capacity), Acting Cellhouse #7 Midshift Corrections Officer,
JANE DOE #2, (Individual and Official Capacity), Acting Cellhouse #7 Midshift Corrections Officer,
JANE DOE #3, (Individual and Official Capacity), Acting Nurse,
MS. ROBIN BOLTON, (Individual and Official Capacity), Acting S.O.T.M.P. Therapist,
MR. ANTHONY A. DECESARO, (Individual and Official Capacity), Acting Step 3 Grievance Officer, and
MS. MARYANN ALDRICH, (Individual and Official Capacity), Acting Administrative Services Manager,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 12, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02508-BNB

Thomas George Ayotte
Prisoner No. 126891
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  12/12/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk