Civil Action No. 08-cv-02508-WYD-MJW

THOMAS GEORGE AYOTTE,

    Plaintiff,

v.

JACKIE MCPEEK, (Individual and Official Capacity), Acting Medical Head Nurse and Manager,
R. MARTINEZ, (Individual and Official Capacity), Acting Physician's Assistant,
MR. LARRY HOFFMAN, (Individual and Official Capacity), Acting Case Manager,
JOHN DOE #1, (Individual and Official Capacity), Acting Captain,
MR. AL ESTOP, (Individual and Official Capacity), Acting Warden,
JANE DOE #1, (Individual and Official Capacity), Acting Medicine Dispensing Nurse,
MR. JOHN GAHN, (Individual and Official Capacity), Acting Case Manager,
MR. MICKENS, (Individual and Official Capacity), Acting Vocational Teacher,
MR. SHEPHERD, (Individual and Official Capacity), Acting Cellhouse #7 Sergeant,
MS. CURRY, (Individual and Official Capacity), Acting Cellhouse #7 Corrections Officer,
MR. SHAMES, (Individual and Official Capacity), Acting Doctor/Provider,
MS. J. CROUNK, (Individual and Official Capacity), Acting Registered Nurse,
MS. J. ZADROGA, (Individual and Official Capacity), Acting Registered Nurse,
MS. ANNA COOPER, (Individual and Official Capacity), Acting Grievance Officer,
R. WENCL, (Individual and Official Capacity), Acting Physician's Assistant,
S. ROCCHIO, (Individual and Official Capacity), Acting Physician's Assistant,
MS. KATHLEEN BAXTER, (Individual and Official Capacity), Acting Legal Assistant,
MR. BRANDT, (Individual and Official Capacity), Acting Chief Medical Officer,
MS. VIRGINIA SMITH, (Individual and Official Capacity), Acting Programs and ACA Compliance Officer,
MS. CATHIE HOLST, (Individual and Official Capacity), Acting Legal Assistant,
MS. YVETTE POPE, (Individual and Official Capacity), Acting Medical Supervisor,
JOHN DOE #2, (Individual and Official Capacity), Acting Hallway Corrections Officer,
JOHN DOE #3, (Individual and Official Capacity), Acting Cellhouse #7 Midshift Corrections Officer,
JANE DOE #2, (Individual and Official Capacity), Acting Cellhouse #7 Midshift Corrections Officer,
JANE DOE #3, (Individual and Official Capacity), Acting Nurse,
MS. ROBIN BOLTON, (Individual and Official Capacity), Acting S.O.T.M.P. Therapist,
MR. ANTHONY A. DECESARO, (Individual and Official Capacity), Acting Step 3 Grievance Officer, and
MS. MARYANN ALDRICH, (Individual and Official Capacity), Acting Administrative Services Manager,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 24 2008

GREGORY C. LANGHAM
                  CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: December 23, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02508-WYD-MJW

Thomas George Ayotte
Prisoner No. 126891
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

Jackie McPeek, R. Martinez, Larry Hoffman, Al Estop, John Gahn, Mr. Mickens,
Mr. Shepherd, Ms. Curry, Mr. Shames, J. Crounk, J. Zadroga, Anna Cooper,
R. Wencl, S. Rocchio, Kathleen Baxter, Mr. Brandt, Virginia Smith, Cathie Holst,
Yvette Pope, Robin Bolton, and Maryann Aldrich, – **WAIVER\***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Anthony DeCesaro

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Jackie McPeek, R. Martinez, Larry Hoffman, Al Estop, John Gahn, Mr. Mickens, Mr. Shepherd, Ms. Curry, Mr. Shames, J. Crounk, J. Zadroga, Anna Cooper, R. Wencl, S. Rocchio, Kathleen Baxter, Mr. Brandt, Virginia Smith, Cathie Holst, Yvette Pope, Robin Bolton, and Maryann Aldrich; and the following forms to the United States Marshal Service for service of process on: Anthony Decesaro: COMPLAINT FILED 11/19/08, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/24/08.

                                          GREGORY C. LANGHAM, CLERK

                                          By: _____
                                                     Deputy Clerk