IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02508-WYD-MJW

THOMAS GEORGE AYOTTE,

Plaintiff(s),

v.

JACKIE MCPEEK, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Vacate Settlement Conference, DN 61, filed with the Court on December 16, 2009, is GRANTED.  The Settlement Conference set on January 6, 2010, at 1:30 p.m., is VACATED and may be reset upon motion from the parties.

Date:  December 17, 2009