IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02508-WYD-MJW

THOMAS GEORGE AYOTTE,

Plaintiff,

v.

JACKIE MCPEEK, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Revised Motion to Amend Complaint (Docket No. 66) is granted, and the tendered First Amended Complaint (Docket No. 60-3) is accepted for filing as of the date of this Minute Order.

Date:  December 22, 2009