IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02508-WYD-MJW

THOMAS GEORGE AYOTTE, #126891,

    Plaintiff,

v.

v.

JACKIE MCPEEK, individually and in her official capacity as Acting Head Nurse and Manager,
RENEE MARTINEZ, individually and in her official capacity as Acting Physicians Assistant,
MR. LARRY HOFFMAN, individually and in his official capacity as Acting Case Manager,
JOHN DOE #1, individually and in his official capacity as Acting Captain,
MR. AL ESTEP, individually and his official capacity as Acting Warden of Fremont Correctional Facility,
JANE DOE #1, individually and her official capacity as Acting Nurse,
MR. JOHN GAHN, in his individual capacity and official capacity as Acting Case Manager,
MR. MICKENS, individually and in his official capacity as Acting Vocational Teacher,
MR. SHEPHERD, individually and in his official capacity as Acting Cellhouse #7 Sergeant,
MS. CURRY, individually and in her official capacity as Acting Cellhouse #7 Corrections Officer,
MR. SHAMES, individually and in his official capacity as Acting Doctor and Provider,
MS. J. CROUNK, individually and in her official capacity as Acting Registered Nurse,
MS. J. ZADROGA, individually and in her official capacity as Acting Registered Nurse,
MS. ANNA COOPER, individually and in her official capacity as Acting Grievance Officer,
R. WENCL, individual and in his official capacity as Acting Physician's Assistant,
S. ROCCHIO, individually and in her official capacity as Acting Physician's Assistant,
MS. KATHLEEN BAXTER, individually and in her official capacity as Acting Legal Assistant,
MR. BRANDT, individually and in his official capacity as Acting Chief Medical Officer,
MS. VIRGINIA SMITH, individually and in her official capacity as Acting Programs and ACA compliance Officer,

-1-

MS. CATHIE HOLST, individually and in her official capacity as Acting Legal Assistant,
MS. YVETTE POPE, individually and in her official capacity as Acting Medical Supervisor,
JOHN DOE #2, individually and in his official capacity as Acting Hallway Corrections Officer,
JOHN DOE #3, individually and in his official capacity as Acting Cellhouse #7 Midshift Corrections Officer,
JANE DOE #2, individually and in her official capacity as Acting Cellhouse #7 Midshift Corrections Officer,
JANE DOE #3, individually and in her official capacity as Acting Nurse,
MS. ROBIN BOLTON, individually and in her official capacity as Acting S.O.T.M.P. Therapist,
MR. ANTHONY A. DECESARO, individually and in his official capacity as Acting Step 3 Grievance Officer,
MS MARYANN ALDRICH, individually and in her official capacity as Acting Administrative Services manager,
THE STATE OF COLORADO, including its Colorado Department of Corrections,
ARISTEDES ZAVARAS, individually and in his official capacity as Executive Director of the Colorado Department of Corrections,
JAMES ABBOT, individually and in his official capacity as Acting Warden of Colorado Territorial Correctional Facility, and,
PAMELA PLOUGHE, individually and in her official capacity as Acting Warden of Colorado Territorial Correctional Facility,

      Defendants.

## **AMENDED** ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b), United States Magistrate Judge Michael J. Watanabe is designated to conduct proceedings in this civil action as follows:

(X)     Convene a scheduling conference under Fed.R.Civ.P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

(X)     Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

(X) Convene such settlement conferences and directly related procedures as may facilitate resolution of this case.

(X) Hear and determine pretrial matters, including discovery and other non-dispositive motions.

( ) Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(X) Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

Dated this 12th day of October, 2010.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE